UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN C. DOWNING, individually and as beneficiary of various trusts, et al.<br><br>vs.     Plaintiff(s)<br><br>RICHARD NOEL FREDETTE, IMIS SECURITIES, INC., and CALTON & ASSOCIATES, INC.<br><br>Defendant(s) | Case No. CIV-19-00652-JD |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Brian C. Koeppen

2. State bar membership number: Texas Bar No. 24118434

3. Business address, telephone and fax numbers:
   2 Riverway, Suite 725, Houston, Texas 77056
   Telephone: 713-343-9200
   Facsimile: 713-343-9201

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State Bar of Texas, United States District Court for the Southern District of Texas, United States Bankruptcy Court for the Southern District of Texas, and United States District Court for the Eastern District of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this 5th day of January 2022.

/s/ Brian C. Koeppen
Signature of Applicant

005/rvsd 06-04