# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN C. DOWNING, individually and as beneficiary of various trusts; WILLIAM E. DOWNING, deceased, by and through his trustee as beneficiary of various trusts, KURT J. DOWNING, Trustee; and JACQUELINE J. DOWNING, deceased, by and through her trustee as beneficiary of various trusts, KURT J. DOWNING, Trustee, <br><br>Plaintiffs, <br><br>v. <br><br>CALTON AND ASSOCIATES, INC., <br><br>Defendant. | Case No. CIV-19-00652-JD |

## ORDER SETTING HEARING

Before the Court are the following motions filed by Plaintiffs Stephen C. Downing, William E. Downing, deceased, by and through his Trustee, Kurt J. Downing, and Jacqueline J. Downing, deceased, by and through her Trustee, Kurt J. Downing, and Defendant Calton and Associates, Inc.:

1) Defendant Calton & Associates, Inc.'s Motion to Clarify [Doc. No. 136]; and

2) Plaintiffs' Motion for Sanctions [Doc. No. 137]

(collectively, "Motions").

The Motions are set for telephonic hearing on **Friday, November 8, 2024, at 10:00 a.m.**[1] The Court anticipates ruling by written order. If the Court issues written orders resolving all Motions before the hearing, the hearing will be stricken or converted to a status conference (if the Court determines a conference is necessary). If the Court anticipates oral argument, it will notify the lawyers at least seven days before the hearing.

The Courtroom Deputy will contact the parties with further instructions closer to the hearing. All parties are directed to comply with the *Telephonic Appearance Procedures for Judge Jodi W. Dishman*, which are available on the website for the United States District Court for the Western District of Oklahoma, under "Rules & Procedures, Chambers Rules."

If the parties resolve the Motions, any issues, or this action, counsel shall <u>immediately</u> notify the Court. Plaintiffs' Motion to Set Plaintiffs' Motion for Sanctions and Defendant's Motion to Clarify for Hearing, or in the Alternative, Enter an Order Deciding the Pending Motions [Doc. No. 141] is granted to the extent set forth in this Order.

IT IS SO ORDERED this 30th day of September 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] The parties are advised that because criminal proceedings take priority over civil proceedings, the Court's criminal docket may necessitate a continuance of this hearing to the next available hearing date.