# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **STEPHEN C. DOWNING, Individually and as beneficiary of Various trusts; WILLIAM E. DOWNING, deceased, by and through His trustee as beneficiary of various Trusts, KURT J. DOWNING, Trustee; and JACQUELINE J. DOWNING, deceased, by and through her trustee as beneficiary of various trusts, KURT K. DOWNING, Trustee,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. CIV-19-652-JD** |
| **CALTON AND ASSOCIATES, INC.,** | ) | |
| **Defendant.** | ) | |

**ENTER ORDER:**

The settlement conference was held on October 2, 2025, before Magistrate Judge Amanda L. Maxfield. Robert Winter, Roger Gassett, and Sarah Clutts appeared as trial counsel for Plaintiff. Martin Schexnayder appeared as trial counsel for Defendant.

__X__ The case did settle.

Joan Kane, Clerk

By: s/Ryan Beam
Deputy Clerk