**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

STEPHEN C. DOWNING, individually and as beneficiary of various trusts; WILLIAM E. DOWNING, deceased, by and through his trustee as beneficiary of various trusts, KURT J. DOWNING, Trustee; and JACQUELINE J. DOWNING, deceased, by and through her trustee as beneficiary of various trusts, KURT J. DOWNING, Trustee,

Plaintiffs,

v.

CALTON AND ASSOCIATES, INC.,

Defendant.

Case No. CIV-19-00652-JD

**ADMINISTRATIVE CLOSING ORDER**

The Court has been informed that the parties have reached a settlement in this case. [*See* Order, Doc. No. 208]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **30** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 3rd day of October 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE